UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YOANDRIS L. ROSALES FUENTES,

Petitioner,

v.

Case No. 2:26-cv-2236-KCD-NPM

WARDEN, GLADES COUNTY DETENTION CENTER, U.S. ATTORNEY GENERAL,

Respondents.

_________________________________/

**ORDER**

Petitioner Yoandris L. Rosales Fuentes has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Docs. 1, 8.) He claims, among other things, that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government opposes relief. (Doc. 7.) The habeas petition is **GRANTED** as set forth below.

Because the Government cannot show any real prospect of deportation despite holding Fuentes for over six months (Doc. 7), the Court finds no significant likelihood that he will be removed in the reasonably foreseeable future. The Government, relying on a declaration filed nearly two months ago in another case, argues that Fuentes is a flight risk and should remain in

detention. (Doc. 7 at 5.) The Government doesn't bother to file the declaration in this case. But even so, a deportation officer's belief that Fuentes is a flight risk doesn't show that there is a significant likelihood of removal in the reasonably foreseeable future, as required by *Zadvydas*. *See Jennings v. Rodriguez*, 583 U.S. 299 (2019). Because the Court lacks information to determine whether the Government has any real plan to remove Fuentes, he is entitled to release from ICE custody under *Zadvydas*. But that release is not a free pass—he remains subject to the conditions of his prior supervision and any additional conditions that may be imposed. To the extent Fuentes raised any other claims, they are denied because he is being released. He is entitled to no other further relief from the facts presented.

Accordingly, it is **ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are ordered to **RELEASE** Petitioner Yoandris L. Rosales Fuentes from custody within 48 hours of this order under the prior conditions of supervision or any other conditions reasonably imposed, which Petitioner must continue to comply with.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**ORDERED** in Fort Myers, Florida on August 10, 2026.

Kyle C. Dudek
United States District Judge